**E-filed 5/29/07**

SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YUNCHUN LI, | No. C 07-0187 JF |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL; and [PROPOSED] ORDER** |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of U.S. Citizenship and Immigration Services; DAVID STILL, San Francisco District Director, U.S. Citizenship and Immigration Services; and ALBERTO GONZALES, Attorney General, | |
| Defendants. | |

Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to grant Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

///

///

1 | Date: May 23, 2007 | Respectfully submitted,
2 | | SCOTT N. SCHOOLS
  | | United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

/s/
Date: May 23, 2007    YUNCHUN LI
*Pro Se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   5/29/07

JEREMY FOGEL
United States District Judge

Stipulation for Dismissal
C07-0187 JF                                        2